**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| NEWSTARCOM HOLDINGS, INC., et al., | ) Case No. 08-10108 (CSS) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of NewStarcom Holdings, Inc., NSC Holdings, Inc., Constar International, Inc., and Port City Electric Company, Inc., | ) ) ) Adv. Pro. No. 10-50130 (CSS) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Callahan, Inc., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), made applicable to the instant proceeding by Fed. R. Bank. P. 7041, Plaintiff, George L. Miller, Chapter 7 Trustee of the bankruptcy estates of NewStarcom Holdings, Inc., NSC Holdings, Inc., Constar International, Inc., and Port City Electric Company, Inc., by and through his undersigned counsel, hereby dismisses the above-captioned adversary proceeding with prejudice.

**FLASTER/GREENBERG P.C.**

Dated: September 13, 2010

By: _____
William J. Burnett, Esquire (No. 4078)
913 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302)351-1910
Facsimile: (302)351-1919
william.burnett@flastergreenberg.com
*Attorneys for the Chapter 7 Trustee*